Welcome
**NEFERTITI MCDONALD**

Your last login was 06/02/2017
You've had 0 failed login attempts

Logout

## My Account

Chat

Online Statements

Payment Options

Payment History

Insurance Claims

Enter Insurance Claim

Make a Payment

Help & Support

# Payment History

Payments from **3/1/2017** to **6/2/2017**

| Amount | Date Posted | Principal | Fees |
|---|---|---|---|
| **($480.00)** | 5/24/2017 | ($331.42) | -- |
| Balance | Effective Date | Interest | Misc. Fees |
| $8,828.27 | 5/24/2017 | ($112.88) | ($35.70) |

| Amount | Date Posted | Principal | Fees |
|---|---|---|---|
| **($20.00)** | 5/24/2017 | -- | -- |
| Balance | Effective Date | Interest | Misc. Fees |
| $9,159.69 | 5/24/2017 | -- | ($20.00) |

| Amount | Date Posted | Principal | Fees |
|---|---|---|---|
| **($396.00)** | 5/6/2017 | ($369.90) | -- |
| Balance | Effective Date | Interest | Misc. Fees |
| $9,159.69 | 5/6/2017 | ($26.10) | -- |

| Amount | Date Posted | Principal | Fees |
|---|---|---|---|
| **($352.00)** | 5/2/2017 | ($127.20) | -- |
| Balance | Effective Date | Interest | Misc. Fees |
| $9,529.59 | 5/2/2017 | ($224.80) | -- |

| Amount | Date Posted | Principal | Fees |
|---|---|---|---|
| **$17.58** | 4/10/2017 | -- | $17.58 |

Payments from **3/1/2017** to **6/2/2017**

| Balance | Effective Date | Interest | Misc. Fees |
|---|---|---|---|
| $9,656.79 | 4/10/2017 | -- | -- |

| Amount | Date Posted | Principal | Fees |
|---|---|---|---|
| **($400.00)** | 3/29/2017 | ($204.21) | -- |
| Balance | Effective Date | Interest | Misc. Fees |
| $9,656.79 | 3/29/2017 | ($195.79) | -- |

| Amount | Date Posted | Principal | Fees |
|---|---|---|---|
| **($10.95)** | 3/29/2017 | -- | -- |
| Balance | Effective Date | Interest | Misc. Fees |
| $9,861.00 | 3/29/2017 | -- | ($10.95) |

| Amount | Date Posted | Principal | Fees |
|---|---|---|---|
| **$10.95** | 3/29/2017 | -- | -- |
| Balance | Effective Date | Interest | Misc. Fees |
| $9,861.00 | 3/29/2017 | -- | $10.95 |

To : Santander Auto Accounting Department

Date 6/2/2017

Account # 5825076

To whom it may concern,

I am writing this letter to dispute an error made on your behalf to my credit report. Your company reported that I was late for the month of March and posted on all 3 of my credit bureaus that I was over 30 days late and owed $802.00 which was inaccurate. You records reflect that a payment was not made in March, no payment for was made again until May. I have attached proof that was incorrect. A payment was attempted on 4/3/2017 and was declined by my bank. I saw that the payment was declined and made a recovery payment via Santander's western union speed pay on April 11 2017 for $410.95 which was supposed to reflect the March payment. I was not 30 days late I was 11 days late. Your error in accounting and posting timely payments to my accounts resulted in me losing a house that I was supposed to close on. My credit report was pulled 2 days before I was supposed to close on the 26th of May and the lender saw the "reported late payment" and denied the loan. This was unfair to me and my family as I paid thousands of dollars in inspections only to have the loan denied for your company's mistake. This put me under a tremendous amount of undue stress. I am asking you to remove the negative posting to my report. I have attached the proof that you took money out of my account and never posted it to the loan. When I reviewed my account statement on Santanderconsumerusa.com the payment made on 4/11/2017 via your own payment system was not reflected in the payment history, however it was shown on my bank account statement as being drafted. I will also be making a complaint with the Consumer Protection Financial Bureau (CFPB) and (BBB) against your unfair credit report practices.

