FILED _____ ENTERED
_____ LODGED _____ RECEIVED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

JUN 1 2 2017

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY_____ DEPUTY

Nefertiti Winters aka Nefertiti McDonald

                   *

                   *

**v.**                                 **Case No.** 17-1580

Santander Consumer USA     *

                   *

### EXHIBITS:

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| A | | 6/9/2017 | Proof of Payment to Creditor |
| B | | 6/9/2017 | Letter to Creditor |
| C | | 6/9/2017 | Creditor Account Statement missing payment being applied |
| D | | | Proof of Creditor Violation 15 USC 1681 |
| E | | | Proof of Creditor Violation 15 USC 1681 |
| F | | | Proof of Creditor Violation of 15 USC 1681 |
| G | | | Proof of credit score drop |
| H | | | Proof of Lendor credit report pull |
| I | | | Denial Letter for Home Loan |
| J | | | Proof of Mental Disability |
| K | | | Proof of new health condition as a result of stress |
| L | | | Proof of Addendum to move back closing date |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ExhibitList (06/2016)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov