CASE # 17-01580

Exhibit D

## ⚠ 30 Days Past Due - SANTANDER CONSUMER USA 

SANTANDER CONSUMER USA has flagged your account as 30 Days Past Due.

Potentially Negative Alerts notify you when one of your accounts has reported information that may negatively impact your credit score.

| | |
|---|---|
| **Alert Date** | 5/2/2017 |
| **Source** | EXPERIAN |
| **Company** | SANTANDER CONSUMER USA |
| **Payment Status** | 30 Days Past Due |
| **Status Date** | 4/30/2017 |
| **Balance** | $9,924.00 |
| **Balance Date** | N/A |
| **Address** | PO BOX 961245 FT WORTH, TX 76161-0244 |

Not sure what this is? Contact **866-751-1320**