**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division**

| | | |
|---|---|---|
| NEFERTITI WINTERS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Case No. 8:17-cv-01580-TDC |
| | : | |
| SANTANDER CONSUMER USA, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**NOTICE OF SETTLEMENT**

Plaintiff, Nefertiti Winters, by counsel, hereby notifies the Court that the she has reached

a settlement with Santander Consumer USA in this case and the parties are presently working to

draft and finalize the settlement agreement. Within thirty (30) days or such other time period

ordered by the Court, the parties shall submit a Stipulation of Dismissal or Dismissal Order for

entry by the Court.

Respectfully submitted,
**NEFERTITI WINTERS**


By:_____*/s/ Kristi C. Kelly*_____
Kristi Cahoon Kelly, Esq. (No. 07244)
Kelly & Crandall, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
(703) 424-7576 - Telephone
(703) 591-0167 - Facsimile
E-mail:  kkelly@kellyandcrandall.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December, 2018, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

*/s/ Kristi C. Kelly*

Kristi C. Kelly, Esq. (No. 07244)
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572
(703) 591-0167 Facsimile
Email: kkelly@kellyandcrandall.com
*Counsel for Plaintiff*