## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## Southern Division

| | |
|---|---|
| NEFERTITI WINTERS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :  Civil Case No. 8:17-cv-01580-TDC |
| | : |
| SANTANDER CONSUMER USA INC., | : |
| | : |
| Defendant. | : |
| _____ | : |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, pursuant to Rule 41, stipulate to the dismissal of this action, with prejudice, each party to bear its own costs and fees.

Respectfully submitted,

 /s/ *Kristi C. Kelly*  
Kristi Cahoon Kelly, Esq. (No. 07244)  
Kelly Guzzo, PLC  
3925 Chain Bridge Road, Suite 202  
Fairfax, Virginia 22030  
(703) 424-7576 - Telephone  
(703) 591-0167 - Facsimile  
E-mail:  kkelly@kellyguzzo.com  

*Counsel for Plaintiff*

 /s/ *Andrew L. Cole* _____  
Andrew L. Cole, Esq. (No. 14865)  
LeClairRyan  
410 Severn Avenue,  
Building C, Suite 216  
Annapolis, MD 21403  
(443) 837-1135 - Telephone  
(410) 224-0098 - Facsimile  
E-Mail: andrew.cole@leclairryan.com  

*Counsel for Santander Consumer USA Inc.*